PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Richard Wayne Wilson</u>  Case Number: <u>3:09-00146</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>November 20, 2009</u>

Original Offense: <u>18 U.S.C. § 2113(a) Bank Robbery (3 counts)</u>

Original Sentence: <u>44 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>February 22, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>Isaiah Gant</u>

---

The Court orders:

☒ No Action Necessary at this Time *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ____ day of _____, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place  Nashville

Date  April 7, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| <u>1.</u> | **<u>The defendant shall refrain from any unlawful use of a controlled substance.</u>** On March 25, 2014, Mr. Wilson was given a drug test that appeared to be positive for cocaine. When questioned, he denied using any illegal drugs and his urine sample was mailed to the testing laboratory for confirmation. On March 31, 2014, the probation office receive lab results confirming the positive test for cocaine.<br><br>The probation officer notified Mr. Wilson of the lab results and, after further questioning regarding the positive result, he continued to deny using any illegal drugs. Mr. Wilson reported he attended a funeral service on March 25, 2014, and was around several "acquaintances" from his past. Mr. Wilson expressed concern that someone may have put something in his food or drink in the short time he was at the family's residence, following the funeral service. |

**Compliance with Supervision Conditions and Prior Interventions:**
Richard Wayne Wilson is employed and lives with his girlfriend in Smyrna, Tennessee. Mr. Wilson began his term of supervised release on February 22, 2013, and his supervision is due to terminate on February 21, 2016.

Following his positive drug test on March 25, 2014, Mr. Wilson was given a verbal reprimand, re-instructed to not use any illegal drugs or associate with anyone involved in criminal activity, and his random drug testing was increased.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Wilson remain on supervised release and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer