UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:09-00146 |
| v. | ) | William J. Haynes, Jr. |
| | ) | U.S. District Court Judge |
| | ) | |
| RICHARD WAYNE WILSON | ) | |

AGREED ORDER

The parties agree to modify the release conditions of Mr. Wilson as follows:

> The defendant shall participate in a substance abuse treatment assessment and comply with any subsequent treatment recommended by treatment staff, to include outpatient or inpatient treatment. The defendant shall pay for the cost of treatment services, to the extend he is able, as determined by the probation officer.

Court to appoint the Office of the Federal Public Defender to represent him in this cause, nunc pro tunc.

The hearing presently scheduled for Friday, October 31, 2014, at 11 AM is stricken.

Entered this the 30th day of October, 2014.

_____
WILLIAM J. HAYNES, JR.
JUDGE, UNITED STATES DISTRICT COURT